**Irving D. CHAPPELL, Plaintiff—Appellant,**

v.

**CORRECTIONAL CORPORATION OF AMERICA; John Doe, I, last name Meadow–Sergeant; John Doe, II, last name Wilder; Hope Bryant, Defendants—Appellees.**

No. 03–7897.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Irving D. Chappell, Appellant pro se. Jonathan A. Berkelhammer, Patricia Carole Perkins, Smith Moore, L.L.P., Greensboro, North Carolina, for Appellees.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Irving D. Chappell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Chappell v. Correctional Corp. of Am.,* No. CA–02–148–5–F (E.D.N.C. Nov. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*